34 P.3d 978

**STATE of Arizona**

v.

**Jerry L. ESTRADA**

**No. 2 CA–CR 2000–0482–PR.**

Court of Appeals of Arizona, Division 2.

Nov. 13, 2001.

**ORDER**

BRAMMER, Presiding Judge.

Pursuant to Arizona Supreme Court minute entry dated October 5, 2001,

ORDERED: Court of Appeals' Opinion to be de-published, pursuant to Rule 111(g), Ariz. R. Sup.Ct., 17B A.R.S.

Judge FLOREZ and Judge PELANDER concurring.